**SunTrust Securities, Inc.**
9950 Kingston Pike
Knoxville, TN 37922
Tel 865-560-5816
Fax 865-560-5744

**Kimberly K. McFall**
Assistant Vice President

# SUNTRUST

*SunTrust Securities, Inc. is a broker/dealer affiliate of SunTrust Banks, Inc.*



CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 24 2004

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

1:00CR00092

November 22, 2004

The Honorable James P. Jones, Judge
United States District Court
180 West Main Street
Abingdon, VA 24210

Dear Judge Jones:

Thank you for allowing Hank Ammons and myself to meet with you Thursday, November 18. I am writing, as you requested, to summarize the discussion we had with you and Mr. Price.

In reference to the American Enterprise Life Annuity for Lisa Justice which was written, September 28, 2001:

- There is a court order written by you, dated September 28, 2001, which states that the court authorized the purchase of an annuity
- The contract was set up in the amount of $96,000 with the interest rate guaranteed for three years and annuitization to be begin September 2004
- The contract was written with Lisa Justice as Annuitant/Owner which gave her full authority to withdraw the $15,000 in question

As discussed in our meeting, it was agreed that SunTrust Securities, Inc. would deposit an amount (approximately $7,309.46) sufficient to bring this contract value to the amount needed ($103,791.00 as of 11-10-04) to provide $616.52 per month to Lisa Justice or her beneficiaries if she should die. The contract will pay monthly for a period of 20 years after which time it will expire.

Given this information and before annuitization of this contract can begin, it was also agreed that SunTrust would receive an amended court order.

Again, thank you for your time and thank you for allowing SunTrust the opportunity to provide this client with the financial services needed.

Sincerely,

*Kimberly K. McFall*

Kimberly K. McFall

Securities, Insurance, Investment Products and Services are offered by or through SunTrust Securities, Inc. a registered broker/dealer and member of the NASD and SIPC. Securities, Insurance, Investment Products and Services:

● **Are Not FDIC or Any Other Government Agency Insured ● Are Not Bank Guaranteed ● May Lose Value**